IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAUL GARCIA, PATTY MORA, MIGUEL RAMIREZ, KEVIN HINOJOSA, CECILIA CHAPKO, LUIS FLORES, CELSA STOREY, LINDA RAMIREZ, REYNALDO LOPEZ, SYEDA AMNA HASSAN, JUAN MEZA CALDERON, ALEJANDRO FLORES, JOEL GALVAN, JUAN PADILLA, CHRISTY GARCIA, PERLA FLORES, AND DANIEL FRANCO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED<br><br>*Plaintiff,*<br><br>V.<br><br>WELLS FARGO BANK, N.A.,<br><br>*Defendant.* | Civ. No. 5:23-cv-825-OLG<br><br><br><br>JURY DEMANDED |

## JOINT NOTICE OF SETTLEMENT

The parties are pleased to inform the Court that they have reached a resolution on all issues in this case. The parties accordingly request that the Court enter a 45-day conditional order of dismissal while the parties finalize the resolution. The parties also respectfully request that the Court cancel all pending deadlines and upcoming hearing dates.

Dated: October 15, 2024

Respectfully submitted,

/s/ Allison S. Hartry
Lawrence Morales II
State Bar No. 24051077
lawrence@themoralesfirm.com
Allison S. Hartry
State Bar No. 24083149
ahartry@themoralesfirm.com
**THE MORALES FIRM, P.C.**
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone: (210) 225-0811
Facsimile: (210) 225-0821

*ATTORNEYS FOR PLAINTIFF*

*-and-*

/s/ John G. McDonald
Meghaan C. Madriz
Texas Bar No. 24070241
mmadriz@mcguirewoods.com
Yasser A. Madriz
Texas Bar No. 24037015
ymadriz@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002
(832) 255-6365 Telephone

John G. McDonald (admitted pro hac vice)
North Carolina Bar No. 23848
jmcdonald@mcguirewoods.com
Alice N. Moscicki (admitted pro hac vice)
North Carolina Bar No. 55840
amoscicki@mcguirewoods.com
McGuireWoods LLP
201 N. Tryon St., Suite 3000
Charlotte, NC 28202-2146
(704) 343-2000 Telephone

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I do hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Allison S. Hartry
Allison S. Hartry
