IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RAUL GARCIA, PATTY MORA, MIGUEL RAMIREZ, KEVIN HINOJOSA, CECILIA CHAPKO, LUIS FLORES, CELSA STOREY, LINDA RAMIREZ, REYNALDO LOPEZ, SYEDA AMNA HASSAN, JUAN MEZA CALDERON, ALEJANDRO FLORES, JOEL GALVAN, JUAN PADILLA, CHRISTY GARCIA, PERLA FLORES, AND DANIEL FRANCO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED <br><br> *Plaintiff,* <br><br> V. <br><br> WELLS FARGO BANK, N.A., <br><br> *Defendant.* | Civ. No. 5:23-cv-825-OLG <br><br><br> JURY DEMANDED |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to the voluntary dismissal, with prejudice, of this action against Defendant, Wells Fargo Bank, N.A..

Plaintiffs and Defendant (collectively the "Parties") together have resolved all matters in dispute between them. The Parties jointly stipulate to the voluntary dismissal of this Lawsuit, including all claims and causes of action against Defendant that Plaintiffs asserted or could have asserted against Defendant in this Lawsuit with prejudice to refiling the same. All costs are taxed to the party incurring them.

Respectfully submitted,

/s/ Allison S. Hartry
Lawrence Morales II
State Bar No. 24051077
lawrence@themoralesfirm.com
Allison S. Hartry
State Bar No. 24083149
ahartry@themoralesfirm.com
**THE MORALES FIRM, P.C.**
6243 IH-10 West, Suite 132
San Antonio, Texas 78201
Telephone: (210) 225-0811
Facsimile: (210) 225-0821

*ATTORNEYS FOR PLAINTIFF*

*-and-*

MCGUIREWOODS LLP

/s/ Meghaan C. Madriz
Meghaan C. Madriz
Texas Bar No. 24070241
mmadriz@mcguirewoods.com
Yasser A. Madriz
Texas Bar No. 24037015
ymadriz@mcguirewoods.com
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002
(832) 255-6365 Telephone
(832) 214-9935 Facsimile

John G. McDonald (admitted pro hac vice)
North Carolina Bar No. 23848
jmcdonald@mcguirewoods.com
Alice N. Moscicki (admitted pro hac vice)
North Carolina Bar No. 55840
amoscicki@mcguirewoods.com
McGuireWoods LLP
201 N. Tryon St., Suite 3000
Charlotte, NC 28202-2146
(704) 343-2000 Telephone

William E. Doyle, Jr. (admitted pro hac vice)

North Carolina Bar No. 51495
wdoyle@mcguirewoods.com
McGuireWoods LLP
501 Fayetteville St., Suite 500
Raleigh, NC 27601
(919) 755-6690 Telephone

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I do hereby certify that on December 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all counsel of record.

/s/ Allison S. Hartry
Allison S. Hartry